No. 03–9755. MORRIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 03–9777. MITCHELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–9790. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–9803. WHITED v. DOTSON, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 03–9809. BRUNSHTEIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 03–9823. GREEN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 03–9845. GUTIERREZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 03–9866. THEODOROPOULOS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. 

No. 03–9876. COLONNA v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 03–9891. CHAIREZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 03–9931. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–10010. O'KANE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 03–10035. NASSRALAH v. ASHCROFT, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied. 

No. 03–10038. RAYFORD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.